Jason S. Roberts, Esq. (SBN 221978)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  jroberts@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAIN LEE,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>TRANS UNION, LLC.; and DOES 1-10 INCLUSIVE;<br>　　　　Defendants, | CASE NO.  2:21-cv-02007-MCE-DB<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Lain Lee, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

|    |                        |                                                          |
|----|------------------------|----------------------------------------------------------|
| 1  |                        | Respectfully submitted,                                  |
| 2  |                        |                                                          |
| 3  | Date: July 18, 2022    | */s/ Todd M. Friedman (with consent)*                    |
| 4  |                        | Todd M. Friedman, Esq.<br>Law Offices of Todd M. Friedman, P.C. |
| 5  |                        | 21031 Ventura Blvd., Suite 340<br>Woodland Hills, CA 91364 |
| 6  |                        | Telephone: (323) 306-4234                                |
| 7  |                        | Fax: (866) 633-0228<br>E-Mail: tfriedman@toddflaw.com    |
| 8  |                        |                                                          |
| 9  |                        | *Counsel for Plaintiff Lain Lee*                         |
| 10 |                        |                                                          |
| 11 | Date: July 18, 2022    | */s/ Jason S. Roberts*                                   |
| 12 |                        | Jason S. Roberts, Esq. (SBN 221978)<br>Schuckit & Associates, P.C. |
| 13 |                        | 4545 Northwestern Drive<br>Zionsville, IN 46077          |
| 14 |                        | Telephone: 317-363-2400, Ext. 145<br>Fax: 317-363-2257   |
| 15 |                        | E-Mail: jroberts@schuckitlaw.com                         |
| 16 |                        | *Counsel for Defendant Trans Union, LLC*                 |
| 17 |                        |                                                          |
| 18 |                        |                                                          |
| 19 |                        |                                                          |
| 20 |                        |                                                          |
| 21 |                        |                                                          |
| 22 |                        |                                                          |
| 23 |                        |                                                          |
| 24 |                        |                                                          |
| 25 |                        |                                                          |
| 26 |                        |                                                          |
| 27 |                        |                                                          |
| 28 |                        |                                                          |

**STIPUATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 2:21-CV-02007-MCE-DB**

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that all claims of Plaintiff Lain Lee against Defendant Trans Union, LLC are DISMISSED with prejudice. Plaintiff Lain Lee and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees, and the Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: July 26, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE